## LEE v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 12, September Term, 1964.]

*Decided November 13, 1964.*

Before Henderson, C. J., and Hammond, Prescott, Horney, Sybert and Oppenheimer, JJ.

634

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Hamill in the court below.

*Application denied.*